UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C.<br><br>      Plaintiffs,<br><br>v.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY, ET AL.<br><br>      Defendants.<br><br>PHOENIX LICENSING, L.L.C. and LPL LICENSING, L.L.C.<br><br>      Plaintiffs,<br><br>v.<br><br>AMERIPRISE FINANCIAL, INC. et al.<br><br>      Defendants. | Case No. 2:12-cv-208 JRG-RSP<br>LEAD CASE<br><br><br><br><br><br><br><br><br><br><br>Case No. 2:12-cv-00212-JRG-RSP |

**ORDER OF DISMISSAL WITHOUT PREJUDICE
AS TO THE AMERIPRISE DEFENDANTS**

WHEREAS, Plaintiffs LPL Licensing, LLC and Phoenix Licensing LLC (together, "Plaintiffs") and Defendants Ameriprise Financial, Inc., Ameriprise Financial Services, Inc., Ameriprise Bank, FSB, Ameriprise Insurance Company, IDS Property Casualty Insurance Company, and Ameriprise Auto & Home Insurance Agency, Inc. (collectively, "Ameriprise") have jointly filed a "Stipulation of Dismissal Without Prejudice as to the Ameriprise Defendants" pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure; and

WHEREAS, the Court now finds that an order dismissing all claims asserted by Plaintiffs against the Ameriprise Defendants and all counterclaims asserted by the Ameriprise Defendants against Plaintiffs should be entered,

IT IS THEREFORE ORDERED that all claims asserted by Plaintiffs against the Ameriprise Defendants and all counterclaims asserted by the Ameriprise Defendants against Plaintiffs are dismissed without prejudice, each party to bear its own costs and fees.

**SIGNED this 2nd day of April, 2013.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE